FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CHRISTOPHER CHAFFIN and KYLIE CHAFFIN, individually and of the marital community therein,

Plaintiffs,

v.

SPINNAKER INSURANCE COMPANY, a foreign insurance corporation,

Defendants.

No. 2:25-cv-00457-RLP

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO EXCLUDE DEFENDANT'S EXPERT TESTIMONY

**ECF Nos. 17, 20**

Before the Court is Plaintiff's Motion to Withdraw Plaintiff's Motion to Exclude Defendant's Expert Testimony. ECF No. 20.

Accordingly, **IT IS ORDERED**:

1. Plaintiff's Motion to Withdraw Motion to Exclude Defendant's Expert Testimony, **ECF No. 20**, is **GRANTED**.

2. Plaintiff's Motion to Exclude Defendant's Expert Testimony, **ECF No. 17**, is **STRICKEN**. All deadlines and hearings related to this motion are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to the parties.

DATED October 16, 2026.

Rebecca L. Pennell
United States District Judge